UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| ELMER HANDSHOE,                          )<br>                                                           )<br>     Plaintiff,                                    )<br>                                                           )     Civil No. 7:15-cv-102-GFVT<br>v.                                                       )<br>                                                           )<br>NANCY BERRYHILL, ACTING      )     **JUDGMENT**<br>COMMISSIONER OF SOCIAL SECURITY, )<br>                                                           )<br>     Defendant.                                )<br>                                                           ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

1. The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay;

3. All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4. This matter is **STRICKEN** from the Court's active docket.

This the 24th day of March, 2017.

Gregory F. Van Tatenhove
United States District Judge